FILED

2014 Oct-28  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **FELICIA DIANE KELLEMS,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | **Case Numbers:** |
| **vs.** | ) | **4:14-cv-8042-CLS-SGC** |
| | ) | **4:05-cr-0565-CLS-SGC** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on July 18, 2014, recommending that this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Motion"), be denied as time-barred.  (Doc. 6).  The parties were allowed an opportunity in which to file objections.  No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the file, the court is of the opinion that the magistrate judge's findings are due to be, and they hereby are ADOPTED, and her recommendation is ACCEPTED.  Accordingly, the Motion is due to be DENIED.  A Final Judgment will be entered.

DONE this 28th day of October, 2014.

_____
United States District Judge